IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK LUSTER on behalf of himself and all others similarly situated | : : : | |
| | : | Civil Action File No. |
| Plaintiff, | : : | |
| | : | 1:15-cv-00489-MHC |
| v. | : : | |
| UNITED RECOVERY SYSTEMS, LP, and AID ASSOCIATES, INC. | : : : | |
| Defendants. | : : | |
| _____ | : | |

## NOTICE OF MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW PLAINTIFF, pursuant to this Court's Standing Order [Doc.3], and gives notice that he will be filing a Motion for Leave to File Under Seal requesting that he be permitted to file under seal certain exhibits that are contained in Plaintiff's Response to Defendant United Recovery Systems, LP's Motion to Strike Class Allegations in First Amended Complaint ("Plaintiff's Response").

Plaintiff's Response is being filed publicly with the confidential exhibits being redacted along with references to such documents in his brief. The Motion for Leave to File Under Seal is being presented to the Court for in-camera review.

**SKAAR & FEAGLE, LLP**

By: <u>Cliff R. Dorsen</u>
     Cliff R. Dorsen
     Georgia Bar No. 149254
     2374 Main Street, Suite B
     Tucker, GA 30084
     Tel: (404) 373-1970
     Fax: (404) 601-1855
     cdorsen@skaarandfeagle.com

ATTORNEYS FOR PLAINTIFF