IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER, on behalf of himself and all others similarly situated, | ) <br> ) CIVIL ACTION NO. <br> ) 1:15-cv-00489-MHC <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| AUDAX GROUP, LP, a Delaware Limited Partnership, and | ) <br> ) <br> ) |
| UNITED RECOVERY SYSTEMS, LP, a Texas Limited Partnership, and | ) <br> ) <br> ) |
| AID ASSOCIATES, INC. d/b/a Plaza Associates, a New York Corporation, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## DEFENDANT UNITED RECOVERY SYSTEMS, LP'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF ARTICLE III STANDING

For the reasons stated in the accompanying memorandum of law, Defendant, United Recovery Systems, LP ("URS"), respectfully moves this Honorable Court to dismiss Frederick Luster's First Amended Complaint ("FAC") (Doc. 4) for lack of subject matter jurisdiction because plaintiff has not alleged injury in fact and he therefore lacks standing to sue under the Supreme Court's recent ruling in *Spokeo*,

*Inc. v. Robins*, ___ U.S. ___, 2016 WL 2842447, at *5 (U.S. May 16, 2016).

However, if the Court does not dismiss the case based on *Spokeo*, defendant respectfully requests that the Court proceed to decide defendant's motion to strike (Doc. 27) the class allegations in the First Amended Complaint.

|  |  |
|---|---|
| Dated: May 26, 2016 | Respectfully submitted, |
|  | BEDARD LAW GROUP, P.C. |
|  | s/ Michael K. Chapman<br>John H. Bedard, Jr.<br>Georgia Bar No. 043473<br>Michael K. Chapman<br>Georgia Bar No. 322145 |
|  | *Counsel for Defendant,*<br>*United Recovery Systems, LP* |
| Bedard Law Group, P.C.<br>2810 Peachtree Industrial Blvd.<br>Suite D<br>Duluth, Georgia 30097<br>Telephone: (678) 253-1871<br>jbedard@bedardlawgroup.com<br>mchapman@bedardlawgroup.com |  |
|  | HINSHAW & CULBERTSON LLP |
|  | s/ Peter E. Pederson<br>David M. Schultz<br>(Illinois ARDC #6197596)<br>Admitted *Pro Hac Vice* |

2

Peter E. Pederson
(Illinois ARDC #6270416)
Admitted *Pro Hac Vice*

*Counsel for Defendant,*
*United Recovery Systems, LP*

Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3604
ppederson@hinshawlaw.com

131389875v1 0973019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FREDERICK LUSTER, on behalf of himself and all others similarly situated, | ) <br> ) CIVIL ACTION NO. <br> ) 1:15-cv-00489-MHC <br> ) |
| Plaintiff, | ) <br> ) |
| AUDAX GROUP, LP, a Delaware Limited Partnership, and | ) <br> ) <br> ) |
| UNITED RECOVERY SYSTEMS, LP, a Texas Limited Partnership, and | ) <br> ) <br> ) |
| AID ASSOCIATES, INC. d/b/a Plaza Associates, a New York Corporation, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, I electronically filed this document using the CM/ECF System, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James M. Feagle <br> jfeagle@skaarandfeagle.com | Kris K. Skaar <br> krisskaar@aol.com |
| Justin T. Holcombe <br> jholcombe@skaarandfeagle.com | Alexander Burke <br> ABurke@BurkeLawLLC.com |

4

Dated: May 26, 2016                                  Respectfully submitted,

                                                     BEDARD LAW GROUP, P.C.

                                                     <u>s/ Michael K. Chapman</u>
                                                     John H. Bedard, Jr.
                                                     Georgia Bar No. 043473
                                                     Michael K. Chapman
                                                     Georgia Bar No. 322145

                                                     *Counsel for Defendant,*
                                                     *United Recovery Systems, LP*

Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com

                                                     HINSHAW & CULBERTSON LLP

                                                     <u>s/ Peter E. Pederson</u>
                                                     David M. Schultz
                                                     (Illinois ARDC #6197596)
                                                     Admitted *Pro Hac Vice*
                                                     Peter E. Pederson
                                                     (Illinois ARDC #6270416)
                                                     Admitted *Pro Hac Vice*

                                                     *Counsel for Defendant,*
                                                     *United Recovery Systems, LP*

Hinshaw & Culbertson LLP
222 N. LaSalle Street

Suite 300
Chicago, Illinois 60601
Telephone: (312) 704-3604
ppederson@hinshawlaw.com

131389875v1 0973019