IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FREDERICK LUSTER, on behalf of himself and all others similarly situated | : : : | |
| Plaintiff, | : : | Civil Action File No. 1:15-cv-00489-MHC |
| v. | : : : | |
| UNITED RECOVERY SYSTEMS, LP, | : : : | |
| Defendant. _____ | : | |

## **STIPULATION OF DISMISSAL**

COME NOW Plaintiff Frederick Luster and Defendant Alltran Financial, LP, f/k/a United Recovery Systems, LP, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and stipulate that Plaintiff's individual claims in the above-captioned civil action be dismissed with prejudice, and the class claims be dismissed without prejudice, with each party to bear its own costs and fees.

Respectfully submitted,


[ Signature block on following page]

131691359v1 0973019

| | | | |
|---|---|---|---|
| Respectfully submitted, | | Respectfully submitted, | |
| FREDERICK LUSTER | | ALLTRAN FINANCIAL, LP, f/k/a/ UNITED RECOVERY SYSTEMS, LP | |

By:  /s/ James M. Feagle
     James M. Feagle
     Georgia Bar No. 256916
     SKAAR & FEAGLE, LLP
     2374 Main Street, Suite B
     Tucker, GA 30084
     Telephone: (404) 373-1970
     Facsimile: (404) 601-1855
     jfeagle@skaarandfeagle.com

*Attorney for Plaintiff*

By:  s/ Peter E. Pederson
     Peter E. Pederson
     Illinios ARDC #6270416
     Admitted *Pro Hac Vice*
     HINSHAW & CULBERTSON LLP
     222 N. LaSalle Street, Suite 300
     Chicago, IL 60601
     Telephone: (312) 704-3604
     ppederson@hinshawlaw.com

*Attorney for Defendant Alltran Financial, LP, formerly known as United Recovery Systems, LP*

BEDARD LAW GROUP, P.C.

s/ Michael K. Chapman

John H. Bedard, Jr.
Georgia Bar No. 043473
Michael K. Chapman
Georgia Bar No. 322145

*Attorney for Defendant Alltran Financial, LP, formerly known as United Recovery Systems, LP*

## CERTIFICATE OF COMPLIANCE WITH LR 5.1B & 7.1D, NDGa.

Pursuant to LR 7.1D, NDGa., I certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1B, to wit:

[x] Times New Roman, 14 point; or

[ ] Courier New, 12 point.

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing STIPULATION OF DISMISSAL using the CM/ECF system which shall contemporaneously serve all counsel of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3).

By:   /s/ James M. Feagle
James M. Feagle
Georgia Bar No. 256916 By:
SKAAR & FEAGLE, LLP
2374 Main Street, Suite B
Tucker, GA 30084
Telephone:  (404) 373-1970
Facsimile:  (404) 601-1855
jfeagle@skaarandfeagle.com

*Attorney for Plaintiff*

131691359v1 0973019